No. 99–1456.  FLEMING SUPERMARKETS OF FLORIDA, INC. *v.* DAMON ET AL.  C. A. 11th Cir.  Certiorari denied. ▮

No. 99–1466.  GRASSINI *v.* DUPAGE TOWNSHIP ET AL.  App. Ct. Ill., 3d Dist.  Certiorari denied. ▮

No. 99–1473.  LOUISIANA, THROUGH FOSTER, GOVERNOR, ET AL. *v.* PENN ET AL.  Sup. Ct. La.  Certiorari denied. ▮

No. 99–1475.  STONIER ET AL. *v.* DIGITAL EQUIPMENT CORP. C. A. 2d Cir.  Certiorari denied. ▮

No. 99–1477.  HEARN *v.* BOARD OF PUBLIC EDUCATION FOR THE CITY OF SAVANNAH AND THE COUNTY OF CHATHAM.  C. A. 11th Cir.  Certiorari denied. ▮

No. 99–1485.  CORCORAN, EXECUTRIX OF THE ESTATE OF CORCORAN, DECEASED *v.* NEW YORK POWER AUTHORITY ET AL.; and CORCORAN, EXECUTRIX OF THE ESTATE OF CORCORAN, DECEASED *v.* SINCLAIR ET AL.  C. A. 2d Cir.  Certiorari denied. Reported below: 202 F. 3d 530 (first judgment); 201 F. 3d 430 (second judgment).

No. 99–1488.  PACIFIC ETERNITY, S. A., ET AL. *v.* DEIULEMAR COMPAGNIA DI NAVIGAZIONE, S. P. A.  C. A. 4th Cir.  Certiorari denied. ▮

No. 99–1499.  BAUMGARD ET UX. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied. ▮

No. 99–1503.  NELSON *v.* UNUM LIFE INSURANCE COMPANY OF AMERICA, INC.  C. A. 9th Cir.  Certiorari denied.

No. 99–1506.  CERIDIAN CORP., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CONTROL DATA CORP. *v.* BARKER ET AL. C. A. 8th Cir.  Certiorari denied. ▮

No. 99–1510.  MCLAREN *v.* TEXAS.  Ct. App. Tex., 9th Dist. Certiorari denied. ▮

No. 99–1512.  ANGELO, PERSONAL REPRESENTATIVE OF THE ESTATE OF GEE, DEBTOR, DECEASED *v.* GEE.  C. A. 5th Cir. Certiorari denied. ▮